UNITED STATES of America,
Plaintiff–Appellee,

v.

Wilbur JOHNSON, Defendant–
Appellant.

No. 01–6947.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 20, 2001.

Decided Sept. 27, 2001.

Wilbur Johnson, pro se. Ronald Jay Tenpas, Office of the United States Attorney, Greenbelt, MD, for appellee.

Before LUTTIG, KING, and GREGORY, Circuit Judges.

PER CURIAM.

Wilbur Johnson seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Johnson,* Nos. CR–97–470–PJM; CA–00–2645–PJM (D.Md. May 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Before LUTTIG, KING, and GREGORY, Circuit Judges.